IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY , <br><br>          Plaintiff, <br><br>     v. <br><br>K COURT, INC. dba EL PRESIDENTE RESTAURANT AND NIGHT CLUB, et al., <br><br>          Defendants. | NO. 1:12-CV-00998 AWI BAM <br><br> ORDER VACATING SEPTEMBER 4, 2012 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants' motion to dismiss for lack of subject matter jurisdiction has been set for hearing in this case on September 4, 2012. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 4, 2012, is VACATED, and the parties shall not appear at that time. As of September 4, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  August 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE