WILLIAM C. MORISON (No. 99981)
wcm@mhp-law.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone:  (925) 937-9990
Facsimile:   (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>KCOURT, INC. dba EL PRESIDENTE RESTAURANT AND NIGHT CLUB; KEVIN BETTENCOURT; QUIN BETTENCOURT; and ROBERT ZULKA,<br><br>           Defendants. | No.  1:12-cv-00998-AWI-BAM<br><br>ORDER GRANTING IN PART, AND DENYING IN PART, PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE NOTICE OF DISMISSAL OF ACTION FOLLOWING SETTLEMENT |

The Court DENIES Plaintiff's request for a 45-day extension of time to file appropriate papers to dismiss or conclude this action.  For good cause shown, the Court GRANTS a 30-day extension to time for the parties to file appropriate papers to dismiss or conclude this action following settlement.  The parties shall file appropriate papers to dismiss or conclude this action no later than **December 19, 2012.**

IT IS SO ORDERED.

Dated:   **November 7, 2012**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

- 1 -