1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

THE BURLINGTON INSURANCE
COMPANY,

12

               Plaintiff,

13

      v.

14

KCOURT, INC. dba EL PRESIDENTE

15

RESTAURANT AND NIGHT CLUB;
KEVIN BETTENCOURT; QUIN

16

BETTENCOURT; and
ROBERT ZULKA,

17

               Defendants.

18

1:12-cv-00998-AWI-BAM

ORDER DISMISSING ACTION
AND CLOSING CASE

19
20

The Court refers the parties to previous orders for a complete chronology of the proceedings.  On

21

December 14, 2012, all parties who have appeared filed a joint stipulation and request for dismissal

22

of the action in accordance with Federal Rule of Civil Procedure 41(a)(1).  In light of the Rule

23

41(a)(1) stipulation, this case has terminated, s*ee* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of*

24

*San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without

25

an award of attorneys' fees and costs to any party.

26
27
28

1   The Court respectfully directs the Clerk of Court to close the case.

2

3   IT IS SO ORDERED.

4

Dated:    December 17, 2012

5                                UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28